1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JAMES L. CHRISTENSEN | Case No. 4:21-cv-02377-YGR |
| 13              Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41** |
| 14       v. | |
| 15 | |
| 16  HAIDA QUEEN LLC, BRIAN KELLEY | |
| 17              Defendants. | |
| 18 | |

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Having read and considered the STIPULATION OF DISMISSAL, and good cause

2 appearing therefor,

3    IT IS SO ORDERED that the case is dismissed as to all defendants with prejudice, with

4 each party to bear its own costs and attorney's fees.

5    **IT IS SO ORDERED.**

6

7 Dated: _____March 20_____, 2023

8                                         Honorable Yvonne Gonzalez Rogers
                                          UNITED STATES DISTRICT COURT

9                                         Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28